## FIRST DEPARTMENT, APRIL, 1957

### (April 2, 1957)

■ CLIFFORD PASCOE et al., Doing Business as ARTEK-PASCOE, Respondents, v. ELECTROMATIC MANUFACTURING CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. In affirming we do not overlook the case of *Lucio* v. *Curran* (2 N Y 2d 157). It is clear from the *Lucio* case that the courts look behind the release when an issue is raised with respect to what the parties intended to release. This the court did in the *Lucio* case, and, on a motion for summary judgment, held that the affidavits clearly showed that it was intended that the release cover " the instant dispute ". The court had before it the simple issue as to whether the affidavits raised any triable question of fact in connection with the intention of the parties. Applying the same test to this case we must consider whether the parties intended by the releases to release a claim with respect to excise taxes. We can make no finding with respect thereto since the affidavits present a triable issue in that regard. The resolution of that issue is for the trial court. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ. [See *post*, p. 906.]

■ FLORENCE R. McKENNA et al., Respondents, v. AGNES E. R. MARSICH, Appellant, et al., Defendants.—Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally JJ.

■ WILLIAM L. DU BOIS, JR., an Infant, by WILLIAM L. DU BOIS, His Guardian ad Litem, et al., Respondents, v. NATIONAL ESTATES INC., et al., Defendants, and GEORGE KINNEY, Doing Business as ACE WATER PROOFING COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ. [See *post*, p. 898.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KELLY, Also Known as JOHN PAUL KELLY, Appellant.— Judgment unanimously reversed, the indictment dismissed, and defendant released from custody. On the entire record there was insufficient proof to establish, beyond a reasonable doubt, the unlawful intent. (See *People* v. *Adamkiewicz*, 298 N. Y. 176.) Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ.

■ In the Matter of SIEGFRIED STERN et al., as Executors of EDNA P. STERN, Deceased, et al., Appellants, against COMMUTERS WINE & LIQUOR STORES, INC., Respondent, et al., Defendant.— Order entered October 17, 1956 denying plaintiffs' motion for judgment on the pleadings, and order entered October 10, 1956, granting defendant's motion to dismiss the complaint herein as insufficient in law, and judgment entered on November 15, 1956, unanimously affirmed, without costs. No opinion. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ. [See *post*, p. 907.]

■ In the Matter of HILLSIDE HOUSING CORPORATION, Respondent. DORA HAUBEN et al., Tenants Similarly Situated, Appellants; STATE COMMISSIONER OF HOUSING, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ.

■ In the Matter of LUZ SILFA et al., Appellants, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, et al., Respondents. — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. The appellants are free to raise the substantive question in any criminal proceeding. No opinion. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ. [5 Misc 2d 375.]